UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA           )
                                   )
v.                                 )        Criminal No. 2:07CR20070-001
                                   )
DONALD GENE CHARLES                )

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Indictment filed in the above-entitled and numbered cause on November 14, 2007, be on the same day hereby dismissed without prejudice.

Entered on this 26th day of _____March_____, 2008.

The Honorable Robert T. Dawson
United States District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 26 2008

CHRIS R. JOHNSON, CLERK

BY
        DEPUTY CLERK